UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDWARD L. FULTON, )
 ) CASE NO. C12-0331-JLR
 Plaintiff, )
 )
 v. )
 ) REPORT AND RECOMMENDATION
APPLE CORP., )
 )
 Defendant. )
_____)

Plaintiff, proceeding *pro se*, filed a motion for leave to proceed *in forma pauperis* (IFP) in a civil matter. (Dkt. 1.) However, his application was deficient in that it was signed with plaintiff's typewritten name, rather than his signature. It also contained information inconsistent with that included on an IFP application filed by plaintiff in a different case on the same day. *See Fulton v. United States of America*, C12-0329-MAT (Dkt. 1). In a Minute Order dated February 29, 2012, the Court directed plaintiff to submit a revised IFP application containing his signature and correct and consistent information as to his financial status. (Dkt. 2.) The Court noted that failure to comply with the Court's directions by March 20, 2012 could result in denial of plaintiff's motion to proceed IFP.

REPORT AND RECOMMENDATION
PAGE -1

01       To date, the Court has not received a revised IFP application from plaintiff. The Court
02 therefore recommends that plaintiff's IFP application be DENIED. This action should
03 proceed only if plaintiff pays the applicable filing fee within **thirty (30)** days after entry of the
04 Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty
05 days of the Court's Order, the Clerk should close the file.

06       DATED this 9th day of April 2012.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2