12-CV-00331-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD L. FULTON, | ) |
| Plaintiff, | ) CASE NO. C12-0331-JLR |
| v. | ) ORDER DENYING PLAINTIFF'S |
| APPLE CORP., | ) APPLICATION TO PROCEED IN |
| Defendant. | ) FORMA PAUPERIS |

The Court, having reviewed plaintiff's application to proceed in forma pauperis (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)  The Court adopts the Report and Recommendation;

(2)  Plaintiff's application to proceed IFP is DENIED. This action will only proceed if plaintiff pays the filing fee of $350 within thirty (30) days after entry of this order. If no filing fee is paid, the Clerk will close this case; and

(3)  The Clerk is directed to send copies of this Order to plaintiff, and to Judge Theiler.

01   DATED this 27th day of April, 2012.

03   _____
     JAMES L. ROBART
     United States District Judge

ORDER DENYING PLAINTIFF'S APPLICATION
TO PROCEED IN FORMA PAUPERIS
PAGE -2