FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 27 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

12-CV-00331-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD L. FULTON, | ) |
|  | ) CASE NO. C12-0331-JLR |
| Plaintiff, | ) |
|  | ) |
| v. | ) ORDER DENYING PLAINTIFF'S |
|  | ) APPLICATION TO PROCEED IN |
| APPLE CORP., | ) FORMA PAUPERIS |
|  | ) |
| Defendant. | ) |

The Court, having reviewed plaintiff's application to proceed in forma pauperis (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed IFP is DENIED. This action will only proceed if plaintiff pays the filing fee of $350 within thirty (30) days after entry of this order. If no filing fee is paid, the Clerk will close this case; and

(3) The Clerk is directed to send copies of this Order to plaintiff, and to Judge Theiler.

01   DATED this 27th day of April, 2012.

02

03   _____
     JAMES L. ROBART
04   United States District Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING PLAINTIFF'S APPLICATION
TO PROCEED IN FORMA PAUPERIS
PAGE -2